IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES of AMERICA                                        PLAINTIFF

V.                         NO. 2:08-CV-02130-RTD

SYLVIA E. MORTON                                                DEFENDANT

AMENDED  O R D E R

Before the court is the Plaintiff's Motion to Compel Answers to the Plaintiff's First Set of Interrogatories and Request for Production (Doc. 13) filed November 10, 2009.

The Plaintiff's Request was first served on the Defendant on September 15, 2009. (Doc. 13-1). The Plaintiff sent a letter to the Defendant demanding a response on October 28, 2009. (Doc. 13-2). The Defendant has never responded to the Request and has made no objections.

Accordingly, Plaintiff's  Motion to Compel and Request for Production (Doc. 13) is **GRANTED**. Defendant, SYLVIA E. MORTON, is directed to provide PLAINTIFF with the required responses to the discovery requests **by 5:00 p.m. on November 30, 2009.**

IT IS SO ORDERED this November 16, 2009.

*/s/ J. Marschewski*
James R. Marschewski
United States Magistrate Judge